UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Farnam Street Financial, Inc., a
Minnesota corporation,

           Plaintiff,

**ORDER**
Civil File No. 10-4277 (MJD/FLN)

v.

Balaton Group, Inc., a Canadian
corporation and Robert Kubbernus, an
individual,

           Defendants.

---

Donald T. Campbell, Leonard Street and Deinard, PA, Counsel for Plaintiff.

Seth J. Leventhal, Leventhal PLLC, Counsel for Defendants.

---

This matter is before the Court on Farnam Street Financial, Inc.'s request for attorney fees and costs.

On March 30, 2011, the Court granted summary judgment in favor of Plaintiff Farnam Street Financial, Inc. ("FSF"). [Docket No. 39] The Court's Order stated that, pursuant to the terms of the Lease Agreement and Guaranty, FSF is entitled to costs and attorney fees incurred in enforcing its rights under the Lease Agreement and Guaranty. (Lease Agreement ¶ 18; Guaranty ¶ 7.) The

1

Court directed FSF to file an affidavit detailing the costs and attorney fees incurred in enforcing its rights under the Lease Agreement and Guaranty. On April 18, 2011, FSF filed the Affidavit of Donald T. Campbell in support of its request for attorney fees and costs. Defendants Balaton Group, Inc. and Robert Kubbernus have not filed any response or objection to FSF's costs and attorney fees calculations.

The Court has reviewed the affidavits and the detailed invoices attached to the affidavits and concludes that the costs and attorney fees requested are reasonable.

**IT IS HEREBY ORDERED** that

Judgment shall be entered in favor of Farnam Street Financial, Inc. in the amount of twenty-four thousand six hundred thirty-seven dollars and forty-seven cents ($24,637.47) for attorney fees and costs.

Date: June 30, 2011                         s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court